## U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Kim Tharesa Holt | : | |
| | : | Bankruptcy Case No.: 19-12819ELF |
| | : | |

## ORDER

AND NOW, this ____15th____ day of ____May____, 2019, upon

consideration of the within Motion to Extend Time to File Required Documents, it is

hereby:

ORDERED that the Motion that is GRANTED, and it is

FURTHER ORDERED that Debtor shall file all required documents with the

Court on or before _____May 29_____, 2019.


_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**