**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | KIM THARESA HOLT, | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No. 19-12819 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion for Second Extension of Time to File Schedules and Statement of Financial Affairs,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The deadline for filing the schedules, statements and other documents required by the rules of court is **EXTENDED** to **June 10, 2019**.

3. The relief in this Order is **CONDITIONED** on the following: the **WAIVER** of the Debtor's right to object to a proof of claim on the ground that it was filed after the deadline set by Fed. R. Bankr. P. 3002(c), **PROVIDED** that the proof of claim is filed **on or before August 10, 2019**.

4. **On or before June 10, 2019**, **THE DEBTOR SHALL SERVE** a copy of this Order on all creditors and parties in interest and shall promptly thereafter file a Certification of Service.

5. No further extension of time will be granted.

Date: May 30, 2019

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**