United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-12819-elf
Kim Tharesa Holt                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Stacey              Page 1 of 1            Date Rcvd: May 30, 2019
                            Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2019.
db             +Kim Tharesa Holt,    1020 E Cheltenham Avenue,    Philadelphia, PA 19124-1028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2019 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Debtor Kim Tharesa Holt brad@sadeklaw.com,    bradsadek@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee, et
               al bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                               TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    KIM THARESA HOLT,    :    Chapter 13
:
Debtor    :    Bky. No. 19-12819 ELF

## O R D E R

**AND NOW,** upon consideration of the Debtor's Motion for Second Extension of Time to File Schedules and Statement of Financial Affairs,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The deadline for filing the schedules, statements and other documents required by the rules of court is **EXTENDED** to **June 10, 2019**.

3. The relief in this Order is **CONDITIONED** on the following: the **WAIVER** of the Debtor's right to object to a proof of claim on the ground that it was filed after the deadline set by Fed. R. Bankr. P. 3002(c), **PROVIDED** that the proof of claim is filed **on or before August 10, 2019**.

4. **On or before June 10, 2019**, **THE DEBTOR SHALL SERVE** a copy of this Order on all creditors and parties in interest and shall promptly thereafter file a Certification of Service.

5. No further extension of time will be granted.

Date: May 30, 2019

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE