# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     KIM THARESA HOLT,          :     Chapter 13
                                      :
           Debtor                     :     Bky. No.  19-12819 ELF

## O R D E R

**AND NOW,** by Order dated **May 30, 2019**, this court having directed the Debtor to serve a copy of the **May 30, 2019** order on all creditors and parties in interest **on or before June 10, 2019** and to promptly thereafter file a Certification of Service;

**AND**, the docket failing to reflect that the Debtor has complied with the **May 30, 2019** order;

It is therefore **ORDERED** that a hearing is **SCHEDULED** on **June 25, 2019**, **at 1:00 p.m., in Bankruptcy Courtroom No. 1, 2d floor, U.S. Courthouse, 900 Market Street, Philadelphia, PA** to consider either **DISMISSAL** of this bankruptcy case or, alternatively, sanctions on Debtor's counsel for failing to comply with the court's prior order.

Date: **June 12, 2019**

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**