## U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | : |  |
| --- | --- | --- |
| Kim Tharesa Holt | : | |
| | : | Case No. 19-12819ELF |
| | : | |
| Debtor(s) | : | Chapter 13 |

### CERTIFICATE OF SERVICE

I, Brad J. Sadek, Esq., hereby certify that on the date indicated below I served a true and correct copy of the May 30, 2019 Order for Second Extension of Time by electronic means and/or regular US Mail to the Trustee and all creditors.

June 14, 2019

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:        KIM THARESA HOLT,           :        Chapter 13
                                          :
                          Debtor          :        Bky. No.  19-12819 ELF

## O R D E R

AND NOW, upon consideration of the Debtor's Motion for Second Extension of Time to

File Schedules and Statement of Financial Affairs,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The deadline for filing the schedules, statements and other documents required by the rules of

   court is **EXTENDED** to **June 10, 2019**.

3. The relief in this Order is **CONDITIONED** on the following:  the **WAIVER** of the Debtor's

   right to object to a proof of claim on the ground that it was filed after the deadline set by Fed.

   R. Bankr. P. 3002(c), **PROVIDED** that the proof of claim is filed  **on or before August 10,**

   **2019**.

4. **On or before June 10, 2019, THE DEBTOR SHALL SERVE** a copy of this Order on all

   creditors and parties in interest and shall promptly thereafter file a Certification of Service.

5. No further extension of time will be granted.

Date: <u>May 30, 2019</u>
                                          _____
                                          **ERIC L. FRANK**
                                          **U.S. BANKRUPTCY JUDGE**