United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 19-12819-elf
Kim Tharesa Holt                                                    Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: Antoinett         Page 1 of 1         Date Rcvd: Jun 13, 2019
                           Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2019.
db             +Kim Tharesa Holt,    1020 E Cheltenham Avenue,    Philadelphia, PA 19124-1028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2019 at the address(es) listed below:
      BRAD J. SADEK    on behalf of Debtor Kim Tharesa Holt brad@sadeklaw.com,    bradsadek@gmail.com
      REBECCA ANN SOLARZ    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee, et
       al bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                           TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    KIM THARESA HOLT,    :    Chapter 13
                               :
         Debtor                :    Bky. No. 19-12819 ELF

# O R D E R

**AND NOW,** by Order dated **May 30, 2019**, this court having directed the Debtor to serve a copy of the **May 30, 2019** order on all creditors and parties in interest **on or before June 10, 2019** and to promptly thereafter file a Certification of Service;

**AND**, the docket failing to reflect that the Debtor has complied with the **May 30, 2019** order;

It is therefore **ORDERED** that a hearing is **SCHEDULED** on **June 25, 2019**, at **1:00 p.m., in Bankruptcy Courtroom No. 1, 2d floor, U.S. Courthouse, 900 Market Street, Philadelphia, PA** to consider either **DISMISSAL** of this bankruptcy case or, alternatively, sanctions on Debtor's counsel for failing to comply with the court's prior order.

Date: **June 12, 2019**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**