# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

      Chapter 13

      Bankruptcy No. 19-12819-ELF

KIM THARESA HOLT

1020 E CHELTENHAM AVENUE

PHILADELPHIA, PA 19124-

      Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

KIM THARESA HOLT

1020 E CHELTENHAM AVENUE

PHILADELPHIA, PA 19124-

Counsel for debtor(s), by electronic notice only.

BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-

                /S/ William C. Miller

Date: 3/3/2020

                _____

                William C. Miller, Esquire
                Chapter 13 Standing Trustee