UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Kim Tharesa Holt | : | Case No.: 19-12819ELF |
| | : | |
| | : | |
| Debtor | : | Chapter 13 |

## <u>CERTIFICATE OF SERVICE</u>

I Brad J. Sadek, Esq. certify that on the date indicated below a true and correct copy of the Debtor's Motion to Modify Chapter 13 Plan and Notice of Motion was served by electronic delivery or Regular US Mail to the Debtor, the Trustee, all secured, priority and affected creditors per the address provided on their Proof of Claims and on the following parties:

**WILLIAM C. MILLER, Esq.**
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, Pa 19105

**Rebecca A. Solarz, Esq**
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

**Toyota Motor Credit Corporation**
PO Box 9013
Addison, TX 75001

**Deutsche Bank National Trust Company, et al**
c/o Select Portfolio Servicing, Inc.
PO Box 65350
Salt Lake City, UT 84165

Dated: March 25, 2020

/s/Brad J. Sadek, Esq
Brad J. Sadek, Esq.
Attorney for Debtor
1315 Walnut Street
Suite #502
Philadelphia, PA 19107