mtn to modify plan pending 4/28/2020

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kim Tharesa Holt aka Kim Brown<br>Debtor | CHAPTER 13 |
| Deutsche Bank National Trust Company, as Trustee, on behalf of the registered holders of GSAMP Trust 2005-AHL, Mortgage Pass-Through Certificates, Series 2005-AHL<br>Movant<br>vs. | NO. 19-12819 ELF |
| Kim Tharesa Holt aka Kim Brown<br>Debtor | 11 U.S.C. Sections 362 |
| William C. Miller, Esquire<br>Trustee | |

### CONSENT ORDER ON MOTION FOR RELIEF FROM STAY

1. The above-styled Motion having been scheduled for a hearing before the Court on March 24, 2020 upon Notice of Motion to each of the above-captioned parties in interest, and it appearing to the Court that the parties consent hereto:

2. FURTHER IT IS HEREBY ORDERED that the Motion for Relief from Stay is denied, as the parties herein agree that the interest of Movant is adequately protected by payment and performance as more particularly set forth hereinafter.

3. FURTHER ORDERED that as of March 13, 2020, the post-petition arrearage is as follows, pursuant to the terms of the Note, as set forth in the chart below:

| Number of Missed Payments | From | To | Monthly Missed Principal and Interest | Monthly Missed Escrow (if applicable) | Monthly Payment Amount | Total of Monthly Payments Missed |
|---|---|---|---|---|---|---|
| 1 | Feb. 2020 | Mar. 2020 | $615.46 | $199.44 | $814.90 | $1,629.80 |
| Less post-petition partial payments (suspense balance) | | | | | | ($814.62) |

**Total: $815.18**

4. This arrearage shall be paid as follows:

   a. Within seven (7) days of the filing of this Stipulation, Debtor is ordered to pay the total post-petition arrearage totaling a sum $815.18 by amending the Bankruptcy plan.

   b. Once approved by the Court, this Stipulation shall serve as a Supplemental Proof of Claim for Movant's Claim, 20-1, adding the above post-petition arrears of $815.18 to Movant's prepetition arrears of $6,684.93 for a total amount of arrears of $7,500.11.

5. Regular payments in the amount of $814.90 to be paid on or before April 1, 2020 and any additional amount as required or allowed by the Note and Security Instrument. Payments should be sent to: Select Portfolio Servicing, Inc. Attn: Remittance Processing P.O. Box 65450 Salt Lake City, UT 84165-0450.

6. FURTHER ORDERED that should Debtor(s) default in payment of any sum specified herein, or in any regular monthly mortgage payments which come due according to Movant's Loan Documents, for the life of the bankruptcy then upon notice of default sent by first class mail to Debtor(s), attorney for Debtor(s) and the Trustee, and failure of Debtor(s) to cure such default within fifteen (15) days from the date of receipt of such notice, Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant immediate relief from the automatic stay and waiving the stay provided by Bankruptcy Rule 4001(a)(3).

7. FURTHER ORDERED that in the event relief from the automatic stay is later granted, the Trustee shall cease funding any balance of Movant's claim, and the provisions of Fed. R. Bank. P. 4001(a)(3) may be waived.

CONSENTED TO BY:

Date: March 13, 2020

By: /s/ *Rebecca A. Solarz, Esquire*
Attorney for Movant

Date: 3/24/20

Brad J. Sadek, Esquire
Attorney for Debtor

Date: 3/27/20

LeRoy Etheridge for
William C. Miller, Esquire    NO OBJECTION
Chapter 13 Trustee    *without prejudice to any
trustee rights and remedies

Approved by the Court this ___ day of _____, 2020. However, the court retains discretion regarding entry of any further order.

_____
Bankruptcy Judge
Eric L. Frank

BKAO001.N001