IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Kim Tharesa Holt | : | Chapter 13 |
| | : | |
| | : | Case No.  19-12819ELF |
| Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Supplemental Application for Compensation filed at docket number 72.

Dated: April 24, 2020         /s/ Brad J. Sadek, Esquire
                              Brad J. Sadek, Esquire
                              Sadek and Cooper
                              1315 Walnut Street, Suite 502
                              Philadelphia, PA 19107
                              215-545-0008