**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    KIM THERESA HOLT, | : | |
|        Debtor | : | Bky. No. 19-12819 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (Doc. #69 ) is **APPROVED**.

**Date: April 28, 2020**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**