United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kim Tharesa Holt  
    Debtor

Case No. 19-12819-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2　　User: Stacey　　Page 1 of 1　　Date Rcvd: Apr 28, 2020  
　　　　　　　　　　　Form ID: pdf900　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2020.  
db　　　　　+Kim Tharesa Holt,　1020 E Cheltenham Avenue,　Philadelphia, PA 19124-1028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2020　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2020 at the address(es) listed below:  
　　　BRAD J. SADEK　　on behalf of Debtor Kim Tharesa Holt brad@sadeklaw.com, bradsadek@gmail.com  
　　　REBECCA ANN SOLARZ　　on behalf of Creditor　Deutsche Bank National Trust Company, As Trustee, et al bkgroup@kmllawgroup.com  
　　　United States Trustee　　USTPRegion03.PH.ECF@usdoj.gov  
　　　WILLIAM C. MILLER, Esq.　　ecfemails@ph13trustee.com, philaecf@gmail.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: : | |
|    Kim Tharesa Holt : | |
| : | Case No.: 19-12819ELF |
| : | |
| Debtor(s) : | Chapter 13 |

## ORDER

**AND NOW**, upon consideration of the Application for Supplemental Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Supplemental compensation is **ALLOWED** in favor of the Applicant in the amount of ~~$900.00~~ $700.00.

**Dated:**  4/28/20

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**