# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-12819-ELF

KIM THARESA HOLT

1020 E CHELTENHAM AVENUE

PHILADELPHIA, PA 19124-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    KIM THARESA HOLT

    1020 E CHELTENHAM AVENUE

    PHILADELPHIA, PA 19124-

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

                                              /S/ William C. Miller

Date: 2/2/2021                                    _____

                                                William C. Miller, Esquire
                                                Chapter 13 Standing Trustee