# IN THE UNITED STATES BANKRUPTCY COURT
# OF THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Kim Tharesa Holt | : | |
| | : | Case No.: 19-12819-ELF |
| Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the *Motion to Order Dismissing Chapter 13 Case* and respectfully request that the Order attached to the Motion be entered.

Dated: July 13, 2022                     /s/ Brad J. Sadek, Esquire
                                                                            Brad J. Sadek, Esquire
                                                                            Sadek and Cooper Law Offices, LLC
                                                                            1315 Walnut Street, Suite 502
                                                                            Philadelphia, Pa 19107
                                                                            215-545-0008