**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|     KIM THARESA HOLT, | : | |
|         Debtor | : | Bky. No.  19-12819 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion Requesting that the Court Vacate the Prior Order Dismissing the Bankruptcy Case, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The court's Order dated **June 14, 2022 (Doc. #98 )** dismissing this bankruptcy case is **VACATED** and the above captioned bankruptcy case is **REINSTATED** effective upon the entry of this Order.

**Date: July 20, 2022**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**