United States Bankruptcy Court
Eastern District of Pennsylvania

In re:      Case No. 19-12819-elf
Kim Tharesa Holt      Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4
Date Rcvd: Jul 20, 2022      Form ID: pdf900      Total Noticed: 45

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kim Tharesa Holt, 1020 E Cheltenham Avenue, Philadelphia, PA 19124-1028 |
| 14326671 | + | Deutsche Bank National Trust Company,, c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14339022 | | PECO, P.O. Box 37629, Prospect Park, PA 19076 |
| 14339024 | + | Philadelphia Gas Works, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2898 |
| 14317810 | + | Philadelphia Gas Works, Attn: Bankruptcy Department, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2898 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 20 2022 23:44:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 20 2022 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 20 2022 23:53:01 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jul 20 2022 23:42:30 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14345920 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 20 2022 23:52:55 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14384177 | | Email/Text: megan.harper@phila.gov | Jul 20 2022 23:44:00 | Water Revenue Bureau, Pamela Elchert Thurmond, Tax & Revenue Unit, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14317718 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 20 2022 23:42:19 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14340241 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 20 2022 23:42:41 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14355318 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 21 2022 00:03:47 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14317720 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 21 2022 00:04:10 | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 14317721 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 20 2022 23:52:51 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14317809 | + | Email/Text: megan.harper@phila.gov | Jul 20 2022 23:44:00 | City of Philadelphia, Water Revenue Bureau, 1401 |

| Recipient # | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | JFK Boulevard, Philadelphia, PA 19102-1663 |
| 14317722 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 20 2022 23:44:00 | Comenity/Fashion Bug, Attn: Bankrutptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 14317723 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 20 2022 23:44:00 | Comenity/MPRC, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14317724 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 20 2022 23:52:51 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14317725 | | Email/Text: mrdiscen@discover.com | Jul 20 2022 23:44:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14355275 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 20 2022 23:44:00 | Deutsche Bank National Trust Company et al.,, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14323390 | | Email/Text: mrdiscen@discover.com | Jul 20 2022 23:44:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14317726 | + | Email/Text: bankruptcydepartment@tsico.com | Jul 20 2022 23:44:00 | Eos Cca, Attn: Bankruptcy, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 14339020 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 20 2022 23:44:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14317719 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 20 2022 23:42:29 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14332288 | + | Email/Text: RASEBN@raslg.com | Jul 20 2022 23:44:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14478045 | | Email/PDF: bncnotices@becket-lee.com | Jul 20 2022 23:52:55 | Kohl's, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14317727 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 20 2022 23:44:00 | Kohls/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14323184 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 20 2022 23:52:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14317811 | + | Email/Text: bankruptcygroup@peco-energy.com | Jul 20 2022 23:44:00 | PECO, Attn: Bankruptcy Department, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14354762 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 20 2022 23:42:42 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14351355 | | Email/Text: bnc-quantum@quantum3group.com | Jul 20 2022 23:44:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14317728 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 20 2022 23:44:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14318553 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 20 2022 23:42:42 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14317729 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 20 2022 23:42:30 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14317730 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 20 2022 23:52:55 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14317731 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 20 2022 23:42:30 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14317732 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 20 2022 23:42:41 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14317733 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 20 2022 23:42:30 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

Case 19-12819-elf   Doc 106   Filed 07/22/22   Entered 07/23/22 00:28:00   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 20, 2022 | Form ID: pdf900 | Total Noticed: 45 |

| Recip ID | Bypass Reason | Email/Text | Date/Time | Name and Address |
|---|---|---|---|---|
| 14354612 | + | Email/Text: bncmail@w-legal.com | Jul 20 2022 23:44:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14317735 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 20 2022 23:44:00 | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52409 |
| 14317734 | + | Email/Text: bncmail@w-legal.com | Jul 20 2022 23:44:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14351544 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jul 20 2022 23:44:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14339033 | + | Email/Text: megan.harper@phila.gov | Jul 20 2022 23:44:00 | Water Revenue Bureau, 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |

TOTAL: 40

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Kohl's, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 14339011 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14339013 | *+ | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 14339014 | *+ | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14339015 | * | Comenity/Fashion Bug, Attn: Bankrutptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 14339016 | *+ | Comenity/MPRC, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14339017 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14339018 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14339019 | *+ | Eos Cca, Attn: Bankruptcy, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 14339012 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14339021 | *+ | Kohls/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14339023 | * | PECO, Attn: Bankruptcy Department, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14469133 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14473012 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14339025 | *+ | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14339026 | *+ | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14339027 | *+ | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14339028 | *+ | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14339029 | *+ | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14339030 | *+ | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14339032 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52409 |
| 14339031 | *+ | Target, Po Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 0 Undeliverable, 22 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Jul 22, 2022 | Signature: | /s/Gustava Winters |
|---|---|---|

Case 19-12819-elf    Doc 106    Filed 07/22/22    Entered 07/23/22 00:28:00    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jul 20, 2022 | Form ID: pdf900 | Total Noticed: 45 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Kim Tharesa Holt brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Deutsche Bank National Trust Company As Trustee, et al bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| KIM THARESA HOLT, | : | |
| Debtor | : | Bky. No. 19-12819 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion Requesting that the Court Vacate the Prior Order Dismissing the Bankruptcy Case, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The court's Order dated **June 14, 2022 (Doc. #98 )** dismissing this bankruptcy case is **VACATED** and the above captioned bankruptcy case is **REINSTATED** effective upon the entry of this Order.

**Date: July 20, 2022**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**