United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                  Case No. 19-12819-elf

Kim Tharesa Holt                                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                    Page 1 of 1

Date Rcvd: Sep 29, 2022                    Form ID: pdf900                            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2022:**

**Recip ID              Recipient Name and Address**
db                    +  Kim Tharesa Holt, 1020 E Cheltenham Avenue, Philadelphia, PA 19124-1028

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2022                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2022 at the address(es) listed below:**

**Name**                         **Email Address**

BRAD J. SADEK
                                 on behalf of Debtor Kim Tharesa Holt brad@sadeklaw.com
                                 bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

BRIAN CRAIG NICHOLAS
                                 on behalf of Creditor Deutsche Bank National Trust Company  As Trustee, et al bnicholas@kmllawgroup.com,
                                 bkgroup@kmllawgroup.com

KENNETH E. WEST
                                 ecfemails@ph13trustee.com  philaecf@gmail.com

United States Trustee
                                 USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
| Kim Tharesa Holt | : | Chapter 13 |
| | : | Case No.: 19-12819-ELF |
| Debtor(s) | : | |

---

**O R D E R**

    **AND NOW**, upon consideration of the  Second Application for Supplemental Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

    It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $800.00.

**Dated:**  9/28/22

_____
     **ERIC L. FRANK**
     **U.S. BANKRUPTCY JUDGE**