United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 19-12819-mdc

Kim Tharesa Holt  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 2
Date Rcvd: Jun 02, 2023 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kim Tharesa Holt, 1020 E Cheltenham Avenue, Philadelphia, PA 19124-1028 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2023 at the address(es) listed below:

**Name**      **Email Address**

BRAD J. SADEK
     on behalf of Debtor Kim Tharesa Holt brad@sadeklaw.com
     bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

BRIAN CRAIG NICHOLAS
     on behalf of Creditor Deutsche Bank National Trust Company  As Trustee, et al bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
     on behalf of Creditor Deutsche Bank National Trust Company  As Trustee, et al bkgroup@kmllawgroup.com

KENNETH E. WEST
     ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
     on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL PATRICK FARRINGTON

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jun 02, 2023 | Form ID: pdf900 | Total Noticed: 1

on behalf of Creditor Deutsche Bank National Trust Company  As Trustee, et al mfarrington@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| Kim Tharesa Holt | : | Chapter 13 |
| | : | |
| Debtors | : | Case No.: 19-12819-MDC |

**O R D E R**

**AND NOW**, upon consideration of the Supplemental Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $1,200.00.

**June    2,    2023**

_____
HONORABLE MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE