United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-12819-mdc
Kim Tharesa Holt  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4
Date Rcvd: Nov 03, 2023      Form ID: pdf900      Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kim Tharesa Holt, 1020 E Cheltenham Avenue, Philadelphia, PA 19124-1028 |
| 14326671 | + | Deutsche Bank National Trust Company,, c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14339022 | | PECO, P.O. Box 37629, Prospect Park, PA 19076 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 04 2023 00:50:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 04 2023 00:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 04 2023 00:26:17 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14345920 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 04 2023 00:26:58 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14384177 | | Email/Text: megan.harper@phila.gov | Nov 04 2023 00:50:00 | Water Revenue Bureau, Pamela Elchert Thurmond, Tax & Revenue Unit, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14317718 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 04 2023 00:26:17 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14340241 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 04 2023 00:26:54 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14355318 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 04 2023 00:57:05 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14317720 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 04 2023 00:56:44 | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 14317721 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 04 2023 00:26:57 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14317809 | + | Email/Text: megan.harper@phila.gov | Nov 04 2023 00:50:00 | City of Philadelphia, Water Revenue Bureau, 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |
| 14317722 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 04 2023 00:50:00 | Comenity/Fashion Bug, Attn: Bankrutptcy Dept, Po Box 18215, Columbus, OH 43218 |

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 03, 2023 | Form ID: pdf900 | Total Noticed: 44 |

| | | | | |
|---|---|---|---|---|
| 14317723 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 04 2023 00:50:00 | Comenity/MPRC, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14317724 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 04 2023 00:26:31 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14317725 | | Email/Text: mrdiscen@discover.com | Nov 04 2023 00:50:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14355275 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 04 2023 00:50:00 | Deutsche Bank National Trust Company et al.,, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14323390 | | Email/Text: mrdiscen@discover.com | Nov 04 2023 00:50:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14317726 | + | Email/Text: bankruptcydepartment@tsico.com | Nov 04 2023 00:50:00 | Eos Cca, Attn: Bankruptcy, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 14339020 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 04 2023 00:50:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14317719 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 04 2023 01:32:36 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14332288 | + | Email/Text: RASEBN@raslg.com | Nov 04 2023 00:50:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14478045 | | Email/PDF: bncnotices@becket-lee.com | Nov 04 2023 00:57:15 | Kohl's, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14317727 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 04 2023 00:50:00 | Kohls/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14323184 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 04 2023 00:57:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14317811 | + | Email/Text: bankruptcygroup@peco-energy.com | Nov 04 2023 00:50:00 | PECO, Attn: Bankruptcy Department, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14354762 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 04 2023 02:04:27 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14339024 | ^ | MEBN | Nov 04 2023 00:15:34 | Philadelphia Gas Works, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2898 |
| 14317810 | ^ | MEBN | Nov 04 2023 00:15:34 | Philadelphia Gas Works, Attn: Bankruptcy Department, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2898 |
| 14351355 | | Email/Text: bnc-quantum@quantum3group.com | Nov 04 2023 00:50:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14317728 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 04 2023 00:50:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14318553 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 04 2023 01:22:03 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14317729 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 04 2023 00:56:48 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14317730 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 04 2023 00:26:54 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14317731 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 04 2023 00:57:14 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14317732 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 04 2023 00:56:34 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14317733 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |

| Recip ID | Bypass/Method | Date/Time | Recipient |
|---|---|---|---|
| | | Nov 04 2023 00:56:51 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14354612 | + Email/Text: bncmail@w-legal.com | Nov 04 2023 00:50:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14317735 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Nov 04 2023 00:50:00 | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52409 |
| 14317734 | + Email/Text: bncmail@w-legal.com | Nov 04 2023 00:50:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14351544 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Nov 04 2023 00:50:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14339033 | + Email/Text: megan.harper@phila.gov | Nov 04 2023 00:50:00 | Water Revenue Bureau, 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |

TOTAL: 41

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Kohl's, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 14339011 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14339013 | *+ | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 14339014 | *+ | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14339015 | * | Comenity/Fashion Bug, Attn: Bankrutptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 14339016 | *+ | Comenity/MPRC, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14339017 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14339018 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14339019 | *+ | Eos Cca, Attn: Bankruptcy, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 14339012 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14339021 | *+ | Kohls/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14339023 | * | PECO, Attn: Bankruptcy Department, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14469133 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14473012 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14339025 | *+ | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14339026 | *+ | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14339027 | *+ | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14339028 | *+ | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14339029 | *+ | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14339030 | *+ | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14339032 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52409 |
| 14339031 | *+ | Target, Po Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 0 Undeliverable, 22 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Nov 03, 2023 | Form ID: pdf900 | Total Noticed: 44 |

Date: Nov 05, 2023                Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2023 at the address(es) listed below:**

**Name**            **Email Address**

BRAD J. SADEK
    on behalf of Debtor Kim Tharesa Holt brad@sadeklaw.com
    bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Deutsche Bank National Trust Company As Trustee, et al bnicholas@kmllawgroup.com,
    bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Deutsche Bank National Trust Company As Trustee, et al bkgroup@kmllawgroup.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

MARK A. CRONIN
    on behalf of Creditor Deutsche Bank National Trust Company As Trustee, et al bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor Deutsche Bank National Trust Company As Trustee, et al mfarrington@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

# UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Chapter 13 |
| KIM THARESA HOLT | |
| Debtor | Bankruptcy No. 19-12819-MDC |

## O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

Date 11/3/2023

_____
Chief Honorable Magdeline D. Coleman
Bankruptcy Judge