Fill in this information to identify the case:

Debtor 1 <u>Kim Brown</u>

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the    <u>Eastern District Of Pennsylvania</u>

Case number <u>19-12819</u>

---

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

**If the debtor's plan provides for payment of post petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

| | |
|---|---|
| **Name of creditor**: Deutsche Bank National Trust Company, as Trustee, on behalf of the registered holders of GSAMP Trust 2005-AHL, Mortgage Pass-Through Certificates, Series 2005-AHL | **Court claim no**. (if known): <u>20</u> |
| **Last four digits** of any number you use to identify the debtor's account:   2035 | **Date of payment change:** <u>02/01/2023</u><br>Must be at least 21 days after date of this notice<br><br>**New total payment:**    $ 873.45<br>Principal, interest, and escrow, if any |

## Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒  No

   ☐   Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $ _____    **New escrow payment:**  $ _____

## Part 2:  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note account?**

   ☐  No
   ☒  Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non bankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** <u>9.37500</u> %    **New interest rate:**    <u>10.87500</u> %

   **Current principal and interest payment:** <u>$ 621.89</u>  **New principal and interest payment:**  <u>$ 668.52</u>

---

Official Form 410S1    **Notice of Mortgage Payment Change**    page 1

Debtor1 <u>Kim            Brown            </u>                    Case Number (*If known*):19-12819
        First Name    Middle Name    Last Name

### Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

**Current mortgage payment:** $ _____    **New mortgage payment:** $ _____

### Part 4: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

Check the *appropriate* box.

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Brian C. Nicholas                                 Date December 09, 2022
  Signature

Print:     <u>Brian C. Nicholas    ATT ID: 317240</u>           Title  <u>Attorney for Creditor</u>
           First Name    Middle Name    Last Name

Company    <u>KML Law Group, P.C.</u>

Address    <u>701</u>    <u>Market Street, Suite 5000</u>
           Number    Street
           Philadelphia,                    PA      19106
           City                             State   ZIP Code

Contact phone   (215) 627–1322      Email  bnicholas@kmllawgroup.com