| **Fill in this information to identify the** Fill in this information to identify the case: |
|---|
| Debtor 1    Kim Tharesa Holt aka Kim Brown |
| Debtor 2 |
| United States Bankruptcy Court for the EASTERN District of Pennsylvania |
| Case number    19-12819 ELF |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Deutsche Bank National Trust Company, as Trustee, on behalf of the registered holders of GSAMP Trust 2005-AHL, Mortgage Pass-Through Certificates, Series 2005-AHL

**Court claim no.** (if known): 20

**Last 4 digits** of any number you use to identify the debtor's account: 2035

**Date of payment change:**
Must be at least 21 days after date of this notice        11/01/2022

**New total payment:**    $655.26*
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $_____    New escrow payment: $_____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $_____    New principal and interest payment: $_____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.

---

Official Form 410S1        Notice of Mortgage Payment Change        page 1

(*Court approval may be required before the payment change can take effect.*)

Reason for change: Loan Modification Agreement effective 11/01/2022

**Current mortgage payment:** $817.04          **New mortgage payment:** $655.26

| Debtor(s) | Kim | Tharesa | Holt | Case number *(if known)* | 19-12819 ELF |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 4:    Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ *Michael Farrington*                                   Date  01/03/2023
    Signature

Print: Michael Farrington
       03 Jan 2023, 13:41:56, EST

Title   Attorney for Creditor

Company   KML Law Group, P.C.

Address   701         Market Street, Suite 5000
          Number      Street
          Philadelphia,                      PA      19106
          City                               State   ZIP Code

Contact phone  (215) 627–1322           Email  bkgroup@kmllawgroup.com

*In instances where the borrower has been harmed due to a missed/late payment change notice, Select Portfolio Servicing, Inc., will provide a credit to the borrower for each payment that came due that was affected by the missed/late payment change notice.