# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Kim Tharesa Holt aka Kim Brown**<br>　　　　　　　　　　　　**Debtor(s)** | **BK NO. 19-12819 ELF**<br><br>**Chapter 13** |
| **Deutsche Bank National Trust Company, as Trustee, on behalf of the registered holders of GSAMP Trust 2005-AHL, Mortgage Pass-Through Certificates, Series 2005-AHL**<br>　　　　　　　　　　　　**Movant**<br>vs.<br><br>**Kim Tharesa Holt aka Kim Brown**<br>　　　　　　　　　　　　**Debtor(s)**<br><br>**Kenneth E. West Esq.**,<br>　　　　　　　　　　　　**Trustee** | **Related to Claim No. 20** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>January 5, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Kim Tharesa Holt aka Kim Brown
1020 East Cheltenham Avenue
Philadelphia, PA 19124

Attorney for Debtor(s)
Brad J. Sadek, Esq.
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102

Trustee
Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service:  electronic means or first class mail

Dated: <u>January 5, 2023</u>

**/s/Michael P. Farrington Esq.**
Michael P. Farrington Esq.
Attorney I.D. 329636
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 825-6488
mfarrington@kmllawgroup.com